**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

_____  )
                                                            )
NEAL MCMAHON                             )
1804 LaFond Street                          )
St. Paul, MN  55104                        )
     )
JARROD ANDERSON                     )
2416 Mendelsson Lane                   )
Golden Valley, MN  55427             )
     )
MAGGIE GRAY                                 )
7059 Upper 164th Street, W.            )
Rosemount, MN  55068                   )
     )
CAMILLA WOLKERSTORFER           )
2411 Floral Drive                           )
White Bear Lake, MN  55110          )
     )
KEVIN HUGHES                               )
16835 Patricia Lane                         )
Minnetonka, MN  55345                )
     )
DANIEL GREY                                  )
2730 Ambassador Drive                )
Ypsilanti, MI  55068                       )
     )
     Plaintiffs.                            )
     )
v.                                                 )        Civ. Action No.: 11-cv-521
     )
DELTA AIR LINES, INC.,                )
1030 Delta Blvd.                            )
Atlanta, Georgia 30320                )
     )
     Defendant.                         )
_____ )

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure, Plaintiffs, Neal McMahon, Jarrod Anderson, Maggie Gray, Kevin Hughes, and Daniel Grey, respectfully apply to this Court for a preliminary injunction ordering Defendant Delta Air Lines, Inc. ("Delta") to cease and desist from withholding certain pay from Plaintiffs based solely on their prior union status, to cease and desist from conditioning the cessation of disparate treatment on the conduct of Plaintiffs' previous certified bargaining representative, and ordering Delta to compensate flight attendants for wages that they would have received had they not been discriminated against on the basis of prior union status. Fed. R. Civ. P. 65.

Delta's discriminatory pay practices clearly violate Plaintiffs' right under Sections 2, Third and Fourth of the Railway Labor Act, ("RLA" "the Act"), 45 U.S.C. §§ 151-188, to organize and support the unionization of their workplace without employer interference, influence of coercion. 45 U.S.C. §§ 152, Third and Fourth. Delta is punishing Plaintiffs for protected activity and intentionally undermining their ability to organize the necessary support of their coworkers to form a union

Moreover, this is the rare situation where the granting of a preliminary injunction would be in the interest of all parties concerned – the Plaintiffs, the Defendant, and the public. Unless the requested injunction is issued, the Defendant will continue to discriminate against previously represented flight attendants and coercively inhibit union organizing. Overtime, this will irreversibly erode support for labor unions and thereby permanently interfere with Plaintiffs' rights. Additionally, the instant injunction would

accomplish Defendant's stated goal to align pay, benefit, and work rules for all flight attendants.  Finally, injunctive relief furthers the public interest, as established by the RLA, in guaranteeing employees the right to support and join unions without fear of employer interference, influence or coercion.

WHEREFORE, Plaintiffs request that the Court enter an order (1) compelling the Defendant to align the compensation structure for the flight attendants without regard to pre-merger status; (2) enjoining the Defendant from conditioning payments on AFA's withdrawal of its interference charge; and (3) compelling Defendant to award back-pay compensating flight attendants for the lower wages and profit-sharing bonus that they have received on the basis of their pre-merger status.

                                            Respectfully submitted,

                                            __/s/_Michael W. Unger_____

Michael W. Unger (131416)
Wells Fargo Center
90 South Seventh Street, Suite 4700
Minneapolis MN 55402
(612) 336-7730
Fax: (612) 339-6686

Robert S. Clayman (DC 419631)
Carmen R. Parcelli (DC  484459)
Guerrieri, Clayman, Bartos & Parcelli P.C.
1625 Massachusetts Avenue, N.W., Suite 700
Washington, DC  20036
(202) 624-7400
Fax:  (202) 624-7420

Dated: March 2, 2011                            Counsel for Plaintiffs