## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

NEAL MCMAHON, *et al.*,

      Plaintiffs,

    v.

DELTA AIR LINES, INC.,

      Defendant.

Case No. 0:11-cv-00521-PJS-SER

## DECLARATION OF JOANNE SMITH
## IN SUPPORT OF DELTA AIR LINES, INC.'S OPPOSITION TO PLAINTIFFS'
## MOTION FOR PRELIMINARY INJUNCTION

I, Joanne Smith, under penalty of perjury, do hereby declare and swear as follows:

1.      I am employed by Delta Air Lines, Inc. ("Delta") in the position of Senior Vice President – In-Flight Service. I make this Declaration based upon my own personal knowledge, the business records of Delta in my custody or control, and/or information provided to me by other Delta employees. If called and sworn as a witness, I could and would testify competently thereto.

2.      In my position, which I have held since March 2007, I am the senior corporate officer with direct day-to-day responsibility for the policies and operations of Delta's In-Flight Service Department, which includes oversight of all flight attendants, catering operations, and the onboard products and services provided to Delta's passengers. My responsibilities include setting and overseeing implementation of policies applicable to the almost 20,000 flight attendants employed by Delta. An essential function of my job is communicating in an open and

1

transparent fashion with Delta's flight attendants, which is an essential part of Delta's uniquely strong culture of employee relations.

3.      Delta's actions with respect to alignment of pay, benefits, and work rules have been based on Delta's understanding of the National Mediation Board's ("NMB") laboratory conditions requirement.

4.      Delta has treated pre-merger Northwest ("PMNW") flight attendants fairly, consistent with its legal obligations. Indeed, Delta has made special efforts since the merger with Northwest Airlines, Inc. ("Northwest") to ensure that PMNW flight attendants felt welcome as members of the Delta family. These efforts included:

- Granting stock in the merged airline to both pre-merger Delta ("PMDL") and PMNW employees, including flight attendants, in an amount totaling approximately 13% of all stock in the company;

- Committing that there would be no involuntary furloughs of frontline employees as a result of the merger;

- Renovating PMNW flight attendant lounges to improve comfort and appearance and bring them up to Delta standards;

- Extending Delta's leader open door policy to PMNW flight attendants; and

- Creating Base Learning Centers to provide additional support beyond the required training where PMNW and PMDL flight attendants on special assignment as facilitators were stationed at each base to help flight attendants through aircraft integration and provide information on new aircraft and procedures, and to educate PMNW flight attendants about the differences between Delta and Northwest computer and communications systems.

5.      I believe that if this Court were to order Delta to provide PMNW flight attendants with PMDL pay, it would be unreasonably burdensome for Delta to reverse those pay increases if the court order were later vacated or overturned. In addition, granting and then reversing pay increases would be viewed as a pay cut and would have a destabilizing impact.

6.      After the Delta flight attendant representation election in November 2010, my department issued a number of communications addressing matters related to the election outcome. Two of these communications are attached as Exhibits to this declaration.

a.      Attached as Exhibit A is a true and correct copy of a memorandum sent under my name to all U.S.-based flight attendants on November 3, 2010, titled "Flight attendants reject AFA representation." This memorandum, which was distributed on the day the NMB announced the election results, provided Delta flight attendants with information about the impact of the election. I explained that full integration of the two flight attendant groups would occur after "we are able to align pay, benefits, work rules and produce a single seniority list." I also explained that the timeframe for doing so would depend on whether or not the AFA filed interference claims, because "[i]f interference claims are filed, we will not be in a position to align pay, benefits and work rules until final resolution is achieved."

b.      Attached as Exhibit B is a true and correct copy of Delta's Weekly Newsletter for the people of In-Flight Service, dated November 5, 2010. The document answered questions about the impact of the election results for flight attendants, and again explained – consistent with Delta's understanding of the NMB's laboratory conditions requirement – that "[i]f the AFA does, in fact, file interference claims, then Delta would not be in a position to align pay, benefits and work rules until representation is finally

3

resolved.  In that case, Delta would continue to apply the pre-merger NW pay, benefits and work rules for PMNW flight attendants."

7.     Since last year's Delta flight attendant representation election, the Association of Flight Attendants-CWA ("AFA") has sent communications to Delta flight attendants that were extremely critical of Delta, misleading and incomplete.  A number of these communications are attached as Exhibits to this declaration.

    a.     Attached as Exhibit C is a true and correct copy of "Delta AFA Update," dated December 10, 2010, found on the AFA's Delta website at:

http://afl.salsalabs.com/o/4042/c/573/t/0/blastContent.jsp?email_blast_KEY=17679.

    b.     Attached as Exhibit D is a true and correct copy of "Delta AFA Update," dated December 16, 2010, found on the AFA's Delta website at:

http://afl.salsalabs.com/o/4042/c/573/t/0/blastContent.jsp?email_blast_KEY=18271.

    c.     Attached as Exhibit E is a true and correct copy of "Delta AFA Update," dated February 10, 2011, found on the AFA's Delta website at:

http://afl.salsalabs.com/o/4042/c/573/t/0/blastContent.jsp?email_blast_KEY=23781.

    d.     Attached as Exhibit F is a true and correct copy of "Delta AFA Update," dated February 17, 2011, found on the AFA's Delta website at:

http://afl.salsalabs.com/o/4042/c/573/t/0/blastContent.jsp?email_blast_KEY=24711

    e.     Attached as Exhibit G is a true and correct copy of "Delta AFA Update," dated March 2, 2011, found on the AFA's Delta website at:

http://afl.salsalabs.com/o/4042/t/0/blastContent.jsp?email_blast_KEY=27433.

  f.  Attached as Exhibit H is a true and correct copy of "Delta AFA Update,"

dated March 11, 2011, found on the AFA's Delta website at:

  http://afl.salsalabs.com/o/4042/t/0/blastContent.jsp?email_blast_KEY=29121

  8.  Delta responded to the AFA's communications with its own communications to

flight attendants that were factual and accurate. Two such communications that were issued by

my department were submitted by Plaintiffs as exhibits in support of their motion for preliminary

injunction.

  a.  One of these documents is a memorandum I published to all U.S.-based Delta

flight attendants on December 22, 2010, titled "Delta submits response to AFA's

interference claims." This document was attached as Exhibit 1 to the McMahon

Declaration. In this memorandum I reiterated statements I had made in prior

communications, referenced above, that Delta could not align pay, benefits, work rules

and seniority until issues related to the flight attendants' representation were resolved. I

also explained that Delta "will not 'cherry pick'—pay (including profit sharing), benefits

and work rules all affect each other and must be aligned as a package - not individual

items." I also expressed my "hope that the AFA will take a proactive, positive step on

behalf of all flight attendants and withdraw all claims of election interference so that all

flight attendants can receive the full benefits of the merger as soon as possible," and

noted that "flight attendants can file for a new election in 12 months . . . ."

  b.  The second of these documents is a memorandum I published to all U.S.-

based Delta flight attendants on January 7, 2011, titled "Response to AFA request." This

document was attached as Exhibit 2 to the McMahon Declaration. In this memorandum I

addressed issues raised in a letter written by AFA General Counsel Edward Gilmartin

that was filed with the NMB and disseminated by the AFA to Delta flight attendants. Mr. Gilmartin's letter asserted that Delta's provision of a scheduled pay increase to PMDL flight attendants on October 1, 2010 violated the NMB's laboratory conditions requirement because it was not also provided to PMNW flight attendants, and demanded that the raise be provided to PMNW flight attendants immediately. In my January 7, 2011, memorandum I provided Delta flight attendants with Delta's response to Mr. Gilmartin's letter, and again explained that "[u]ntil representation is finally resolved, we have no choice but to continue to administer two separate sets of pay, benefits and work rules," and that if the AFA withdrew its interference claims alignment could commence immediately.

9.    As noted above, open and transparent communications is an essential function of my job and a key element of Delta's relationship with its employees. My purpose in communicating with Delta's flight attendants was to explain why Delta could not commence alignment of the two disparate packages of pay, benefits, work rules and seniority, and to proactively answer questions we received about alignment and statements made by the AFA. We believed we had an obligation to share with them the truth: that alignment could not occur while the NMB was investigating the AFA's interference claims. These communications were made based on our understanding of the NMB's laboratory conditions requirement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of June, 2011, in Atlanta, Georgia.

By: _Joanne Smith_
Joanne Smith

6

# Exhibit A

Print Document | Close Window

memo_logo

## Internal Memorandum

Date:       November 3, 2010
To:         All U.S.-based Delta flight attendants
From:       Joanne Smith, Senior Vice President - In-Flight Service
Subject:    Flight attendants reject AFA representation

We are happy to share the results of the Delta flight attendant representation election we received today from the National Mediation Board. The majority of voters rejected AFA representation. This is a win for all Delta flight attendants. We are pleased not just with the outcome, but also with the fact that so many of you let your voice be heard. There were 18,760 votes cast and 53% voted against AFA representation. There were 19,887 eligible voters, of which only 44% voted for AFA. No matter how you voted, thank you for participating. I could not be more proud of our flight attendants.

So how soon can we fly together, open single bids for base transfers and fully integrate? Just as soon as we are able to align pay, benefits, work rules and produce a single seniority list. We hope to be able to move quickly, as we have with other workgroups where representation has been resolved. Rates of pay would be the first to be aligned – and that would be the first day of the first bid period after our flight attendants' decision becomes final.

We will release the transition plan with anticipated timelines for full integration as soon as we can. The AFA has until November 12 to file interference claims with the NMB. If they do not file those claims, you can expect to hear our plans for integration very soon thereafter. If interference claims are filed, we will not be in a position to align pay, benefits and work rules until final resolution is achieved. As I have heard from so many of you, we are anxious to complete our integration and move forward as soon as possible. We have said we respect our flight attendants' choice. We urge the AFA to show that same respect.

It has been two years since the completion of our merger and I want to thank you for your professionalism. You've been waiting a long time for today, and I know we've all grown weary of the election debate. You have spoken and it is time to move forward. Your leadership team will do our best to build upon your trust and confidence.

Joanne

# Exhibit B



**YOUR VOTE MATTERS**

# DECISION 2010

# FLIGHT ATTENDANTS REJECT AFA REPRESENTATION
## *Top Questions Answered*

On November 3rd, the National Mediation Board (NMB) announced that the majority of voters rejected AFA representation.

**Q: What were the actual vote counts?**
**A:** There were 19,887 eligible voters and 18,760 voted, or 94% turnout. There were 8,786 votes for the AFA and 9,544 'no' votes. There also were 430 write-in votes that were not votes for AFA but which the NMB counted as votes for representation – including 189 write-in votes which were silent or blank but which were counted as votes for representation anyway. This was the basis for some media reports that there were 9,216 votes for representation (the sum of 8,786 votes for AFA and all 430 write-in votes). A full list of results can be found on the IFS Portal.

**Q: Will the AFA file interference claims?**
**A:** The AFA has already publicly stated that it plans to challenge the results of the flight attendant vote. The NMB's process provides seven business days – or until Nov. 12 – for the AFA to object to the election results. We feel strongly that the AFA's claims that we tracked your votes, encouraged you to use company equipment to vote and intimidated you are ridiculous. During the past five weeks, more than 94% of you made your voice heard. We continue to ask the AFA to respect your choice.

**Q: What happens to pre-merger NW flight attendant pay, benefits and work rules?**
**A:** We want to quickly align pay, benefits and work rules, and produce a single seniority list. If the AFA does, in fact, file interference claims, then Delta would not be in a position to align pay, benefits and work rules until representation is finally resolved. In that case, Delta would continue to apply the pre-merger NW pay, benefits and work rules for PMNW flight attendants.

**Q: Is Delta planning to close any pre-merger Northwest bases or systematically reviewing files of pre-merger Northwest flight attendants for termination?**
**A:** No.

*To read Joanne Smith's memo regarding the election results, please visit the IFS Portal. As always, we will continue to keep you informed throughout the election process.*



△DELTA

# Exhibit C



December 10, 2010

# AFA-CWA Presents Massive Evidence of Delta Air Lines' Violation of Flight Attendants' Rights

### *Interference Charges Detail Multiple Election Rule Violations by Delta Management*

Delta Air Lines management spent all the money necessary to deny our rights on the job by breaking all the rules of a fair election and seizing control of the voting process. On November 3, the National Mediation Board announced the results of the AFA-CWA representation election involving the almost 20,000 Delta Flight Attendants. Of the 19,887 eligible voters, 18,760 votes were cast – 9,216 voted for AFA representation, while 9,544 voted against union representation -- a difference of 328 votes.

Because of Delta's coercive, intrusive and unlawful anti-Flight Attendant union campaign, on November 23, AFA updated objections reported to the NMB during the election process. Election interference charges detailed over 80 pages, backed with stacks of evidence from Flight Attendants, were filed with the NMB to request a new election be conducted under procedures that would allow Delta Flight Attendants to make our decision on representation in an atmosphere free from Delta interference. Sources in Delta management have told AFA that management spent over $38 million of company money to keep us from obtaining our legal right to union representation.

The full interference charges are posted on deltaafa.org. In summary, the charges include the following unlawful actions by Delta management:

## Voting on management-controlled computers

Delta actively encouraged us to cast votes on "DeltaNet," a management-controlled intranet site that requires all users to log in with their unique employee log-in and password. Once logged in, Delta provided a direct link to the NMB voting site which allowed management to, at minimum, track which users went to the voting website, and at worst, interfere with the online voting process. Flight Attendants who remotely logged in to DeltaNet could also be tracked when they clicked on the NMB link on DeltaNet.

During the last AFA election, Delta loudly complained when AFA put a hyperlink to the NMB website in an email to Delta Flight Attendants even though AFA had no ability to track the link. Now Delta is admitting to doing the very thing it warned the NMB against in the last election, but

this time it is an actual confiscation of the voting process by running the vote through company computers.

Such conduct constituted 'per se surveillance', and compromised the secrecy of the voting process.

## Delta misrepresented NMB voting rules

Delta repeatedly told us in its publications, banners, posters and emails that we "MUST VOTE" which gave the unmistakable impression that voting was mandatory, or a condition of the job.

Delta CEO Richard Anderson repeatedly stated in system-wide conference calls with Flight Attendants and in his weekly recorded statements that every Flight Attendant "must cast a ballot" or that Delta wanted "100%" voter participation.

AFA agrees that democracy works when we all participate freely, but the conditions set by Delta management violated our right to cast ballots free from management interference. What Delta management did was tantamount to a lobbyist escorting you from your home to the election site and entering the voting booth with you to demand you cast your ballot.

## Delta told Flight Attendants to vote "NO" even if they supported representation

Delta also instructed us to vote "NO" even if they support unionization, but not AFA. Under this twisted logic, Delta was assuring Flight Attendants that a "NO" vote would help defeat AFA and thus give them the opportunity to vote in a year, when union supporters can choose a union other than AFA. To Delta, of course, no matter which union is on the ballot it is the "wrong" union.

## Delta inundated the workplace with anti-AFA propaganda

Delta overwhelmed the Flight Attendant check-in areas with banners, posters, flyers, and continuously playing videos exhorting them to vote" NO."

When Flight Attendants logged into DeltaNet to check in for a trip or to get updated on company announcements (which is mandatory), we were greeted with a "pop-up" page that said "DECISION 2010" that had links to Delta anti-AFA videos and animations explaining why we should not vote for AFA.

It was the equivalent of a prohibited "captive-audience" meeting since every Flight Attendant was forced to view the pop-up before reviewing company emails.

## Delta gave a pay raise to "non-union" employees only

On October 1, 2010, two days after voting information was mailed to Flight Attendants, Delta, with great fanfare and a letter from CEO Richard Anderson, announced a pay increase only to "non-union" Flight Attendants. Since the pre-merger Northwest Flight Attendants were represented by AFA, they would not receive the raise unless they voted against representation. Supervisors also promised to give pay raises, and provide other benefits if Flight Attendants voted "NO."

We all deserve a raise for the good work we do, especially since Delta Flight Attendants trail the industry in total compensation and benefits. Management is not interested in paying us what we actually deserve, and they are certainly not interested in having to talk with us about what we deserve. On the day after the election, MarketWatch reported:

*"By avoiding the AFA-CWA, Delta will be able to keep a long-time cost advantage over its more unionized rivals. Organizing could have increased flight-attendant costs by 3% to 5% over the first year, eventually climbing as high as 10%, according to Robert Herbst of AirlineFinancials.com.*

*"Delta's wage cost for flight attendants as a percentage of operating revenue is now at 2.87%, Herbst said. That compares with budget carrier Southwest Airlines at 3.84%, Continental Airlines at 3.94% and American Airlines at 3.87%."*

## Delta supervisors called Flight Attendant homes

During the last two (2) weeks of the voting period, Delta supervisors called Flight Attendants at home, sometimes repeatedly, asking if they had voted, and in some instances, how they voted. One supervisor told a Flight Attendant that voting was mandatory. Another asked a Flight Attendant if they made the right decision "for your future at Delta."

These calls were intimidating since Delta supervisors only call us at home when potential disciplinary action is involved.

## Delta violated its own "Advocacy Policy"

Though Delta adopted an "Advocacy Policy" ostensibly to provide equal access to both pro and anti-AFA groups to campaign, in reality, we were banned from setting up tables in most Flight Attendant lounges. Anti-AFA employees, on the other hand, were allowed to leave their anti-union literature around work areas, were permitted to wear oversized "NO WAY AFA" buttons, and were freely allowed to set up information tables in work areas.

In the layover hotels in Narita, Japan and Amsterdam, Delta supervisors were sent to interfere with AFA's ability to talk with our flying partners in the hotel lobbies, a practice that was unfettered prior to the election period. This interference is particularly significant since between 165-200 Flight Attendants are laying over in each hotel on any given night. A switch of 165 "NO" votes to "YES" votes would have resulted in Delta Flight Attendants having rights on the job and the ability to control our future.

## Delta sent home mailers that were filled with lies

Delta sent a dozen glossy mailers to Flight Attendant homes that contained misrepresentations of NMB voting rules, and lies about NWA vs. Delta pay and benefits that AFA could not respond to since the NMB doesn't compel carriers to provide unions with voters' home addresses.

*Delta management requested, and was provided, an extension for their response. Their response to the interference charges must be filed by December 21, 2010.*

info@deltaafa.org

# Exhibit D



# Equal Treatment for all Delta Flight Attendants

Delta management not only interfered with our right to a fair election, now management is standing in the way of a raise for pre-merger Northwest Flight Attendants.

Delta disrespected the rights of all 20,000 of us by breaking the rules throughout the election conducted by the NMB. And now Delta is attempting to punish those of us who dared to vote for a secure future with AFA.

Management is falsely stating that AFA's demand for a fair election for the Delta Flight Attendants prevents it from giving the pre-merger Northwest flight attendants a raise.

Delta management is continuing to violate our rights and AFA is setting the record straight - and we won't be bullied by their tactics meant to coerce us to give up our job security and our right to shape our future.

Read the letter from AFA legal that exposes the culpable tactics by Delta management and states clearly, "*if Delta does provide the October 1, 2010, pay raise to all Delta flight attendants as soon as practicable, AFA will gladly waive all its potential claims alleging that such a raise taints the laboratory conditions of a new NMB-ordered re-run election.*"

Do the right thing, Delta.

www.deltaafa.org

info@deltaafa.org

Click here to unsubscribe

# Exhibit E



# Delta's Unequal Profit Sharing

On Valentines' Day, Delta management is going to reward its employees for making 2010 one of the most profitable years in Delta history. The record profit, "..."would not have been possible without the dedication and determination of Delta employees worldwide and we are pleased we will pay more than $300 million in profit sharing for 2010," said Richard Anderson.

Anderson must believe that PMNW flight attendants are slightly less than half as dedicated and determined as the PMDL Flight Attendants. Otherwise how could he justify the 3.2% pay out to PMNW flight attendants while the PMDL Flight Attendants are getting 6.5%? Maybe it is because he has slightly less than half a heart (it is Valentine's Day after all)?

Management would not be interfering in the election by rewarding all Flight Attendants equally. In a recent email, management claimed that providing the same profit sharing or pay to both groups would be giving preferential treatment to PMNW Flight Attendants. Making everyone equal is showing favoritism? That does not even make sense.

Click here to read AFA's letter to Delta management regarding the profit sharing. (Adobe PDF)

One could argue the unequal profit sharing is itself interference. It is certainly another tactic in management's anti-union playbook. Instead of being angry with management, who is actually denying compensation to PMNW Flight Attendants, they want you blame AFA with the hopes that anger will translate into a "no" vote. Fortunately, both the PMNW and PMDL Flight Attendants understand the game.

info@deltaafa.org

Click here to unsubscribe

# Exhibit F



## Profit Sharing and the Re-Run Election

Many of us are deeply disturbed over management's decision to discriminate against PMNW Flight Attendants with regard to the profit sharing. PMNW Flight Attendants were given less than half than their PMDL counterparts.

Never missing an opportunity to blame AFA, management claims AFA is the reason for this. Clearly their accusations are nonsense. Management could give all Flight Attendants the same profit sharing. But they choose not to in an effort to diminish our support for our unionizing effort. In reality, their decision to do this goes right to the heart of why we are in need of a union. Without a union, management is able to get away with discriminating against certain segments of our workforce and we are forced to accept whatever they do.

But it won't be this way forever.

The National Mediation Board (NMB) is currently reviewing the election to determine whether or not management illegally interfered. Delta Flight Attendants have the right to an interference-free election. The NMB will make its determination at some point and we are confident a re-run election will be scheduled. Unfortunately there is no time frame for the NMB's review of the election.

At the request of numerous Flight Attendants, AFA is reviewing all our legal options with regard to the unequal profit sharing.

## Our "Personal Relationship" with Management

Remember how management said they didn't want a union to stand in the way of each of us having a personal relationship with management? Well, how is that going for you?

Not well, according to emails from Delta Flight Attendants.

The personal relationship we are having is with our cell phones and computers and not actual humans who could provide much needed assistance. "Are you calling for human resources? Press 1. Are you calling to report a payroll problem? Press 2. "

Where did all the people go? It sure was not like that during the election. Supervisors were everywhere. No question went unanswered.

Flight Attendants are frustrated.  Please share your experiences with us.  Send us your story and we will add it to the ever-growing list. info@deltaafa.org

info@deltaafa.org

Click here to unsubscribe

# Exhibit G



Opinion about Delta's conduct is nearly unanimous. Delta management's discrimination against PMNW Flight Attendants is unacceptable. All Delta Flight Attendants deserve the same profit sharing.

Management is holding the profit sharing hostage in attempt to convince the Flight Attendants to drop the representation election interference claim. They want the Flight Attendants to choose between equal profit sharing and an interference-free election.

Flight Attendants refuse to take the bait. We have the right to a fair election and we aren't going to allow management to use the profit sharing to drive a wedge in our support. We are going to continue our fight for both - a fair election and profit sharing



*Please take a moment to view AFA-CWA President Veda Shook's message to Delta Flight Attendants. Click on the image above or click here*

Several former pre-merger Northwest ("PMNWA") Flight Attendants filed suit today challenging Delta's decision to deny them higher profit-sharing because AFA is seeking a new election to remedy the Company's unlawful election conduct. The suit, which was filed in U.S. District Court in Minneapolis, charges Delta with deliberately discriminating against the PMNWA Flight Attendants under the Railway Labor Act ("RLA") by refusing to align their pay and benefits with those of the pre-merger Delta ("PMDAL") Flight Attendants based solely on their status as former Union members. Delta has explicitly conditioned the payment of equal profit-sharing payouts to the pre-merger NWA Flight Attendants on AFA dropping its interference charges. With the support of AFA, these brave PMNWA Flight Attendants are seeking an injunction compelling Delta to halt its discriminatory conduct immediately.

Please share your experiences with us. Send us your story and we will add it to the ever-growing list. communications@deltaafa.org

info@deltaafa.org

Click here to unsubscribe

# Exhibit H



Each week numerous emails are sent from Delta Flight Attendants to AFA asking a variety of questions and making comments. This week's eline will answer two of those questions.

**Question:** *Why is management not giving us the same profit sharing? It's not fair!*



**Answer:** Management is doing this for one reason and one reason only: to interfere with the representation election. They want us to believe that AFA is responsible for the inequitable profit sharing with the hopes that will translate into votes against AFA in the re-run election. This is why AFA is assisting several pre-merger NWA Flight Attendants who have sued Delta for withholding the higher profit-sharing payout while AFA pursues its efforts to obtain a new election.

Let's be clear about this. Interference is illegal because it works. It prevents people from making a calm, rational decision about unionizing and has a chilling effect on the campaign. Instead of voting to protect our international flying and to prevent the outsourcing of our work, as an example, they want us to vote against AFA because of profit sharing.

As if AFA marched into payroll in ATL and forcibly prevented the company from sending the same profit sharing to both the PMNW and PMDL Flight Attendants! It's ridiculous. Management is withholding the profit sharing in a transparent attempt to interfere in our election. Profit sharing distracts us from the real issue here – our ability to negotiate a legal and binding contract with scope protection (among other things).

We need an AFA contract to protect our flying and to keep the company from outsourcing our international flying to Flight Attendants not on our seniority list and based in other countries. There is no way for us to legally prevent this from happening without a union contract.

**Question:** *Don't you think Delta is just being fair by giving different profit sharing to PMDL and PMNW Flight Attendants? I will vote for AFA when Delta stops being fair.*

**Answer:** Not everyone believes Delta management is being fair. In fact, most do not. See above question.

But let's set that issue aside and talk about the notion of voting for AFA at some later point, after management does something that we don't like (for example, opening domiciles in BOM, NRT and AMS and using Flight Attendants who are paid less and not on our seniority list). Sure, we could and probably would do that. We could pass cards, call for an election and begin negotiating

for our first contract. In the meantime management has furloughed thousands of flight attendants and our good international flying is gone. It will be incredibly difficult to roll back the clock and fix it.

Our careers are important enough for us to be proactive and not reactive. Hoping for the best does not cut it in this economy. The price of fuel is on the rise. Imagine how much money the company would save by outsourcing our work. In this case the old proverb is correct, "an ounce of prevention is worth a pound of cure."

## Earthquake/Tsunami

The former PMNW EAP representatives have been in contact with the AFA International EAP Department regarding the unfolding tragedy with the earthquake and tsunami. AFA EAP will assist any Delta Flight Attendant. If you need help, please call 800-424-2406.

info@deltaafa.org

Click here to unsubscribe